■■■ PATRICK S. GOLDER, Respondent, v JANETTE C. BENNETT, Appellant. [29 NYS3d 222]—Appeal from an order of the Supreme Court, Monroe County (Kenneth R. Fisher, J.), entered September 8, 2014. The order denied the application of defendant for an upward modification of child support and the termination of the right of plaintiff to claim a dependency exemption.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Family Court. Present—Centra, J.P., Peradotto, Carni, Curran and Troutman, JJ.